# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

DAIRYLAND INSURANCE )
COMPANY, )
)
    **Plaintiff,** )
)
**vs.** )        **Case No. : 3:07-CV-263**
)
DIXIE LEONARD JOHNSON, )
DUSTIN E. SIMPSON, and )
TENNESSEE FARMERS MUTUAL )
INSURANCE COMPANY, )
)
    **Defendants.** )

---

## STIPULATION OF DISMISSAL
### AS TO DEFENDANT TENNESSEE FARMERS MUTUAL INSURANCE COMPANY

---

Comes the plaintiff, Dairyland Insurance Company, by and through undersigned counsel and

pursuant to F.R.C.P. 41(a)(1), hereby stipulates to the dismissal without prejudice of defendant

Tennessee Farmers Mutual Insurance Company.

Respectfully submitted,

        **BAKER, O'KANE,**
        **ATKINS & THOMPSON**


         /s/  Michael K. Atkins
        **MICHAEL K. ATKINS**, BPR# 017862
        P.O. Box 1708
        Knoxville, Tennessee 37901-1708
        (865) 637-5600
        (865) 637-5608 (fax)

        **Attorney for Plaintiff Dairyland**
        **Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, a copy of the foregoing Stipulation of Dismissal as to Defendant Tennessee Farmers Mutual Insurance Company was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/  Michael K. Atkins
**MICHAEL K. ATKINS**
BPR#0017862
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, TN 37901-1708
(865) 637-5600
