IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DAIRYLAND INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. : 3:07-CV-263 |
| DIXIE LEONARD JOHNSON, DUSTIN E. SIMPSON, and TENNESSEE FARMERS MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

Defendant Dustin E. Simpson, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant Simpson is not entitled to damages for personal injury under the insurance policy issued to Dixie Leonard Johnson by the plaintiff; that the defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a determination that the plaintiff is not responsible for the claimed bodily injuries of Dustin E. Simpson under the provisions of the insurance policy issued to defendant Dixie Leonard Johnson; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff Dairyland Insurance Company is not responsible for the claimed bodily injuries of Dustin E. Simpson under the provisions of the insurance policy issued to defendant Dixie Leonard Johnson.

ENTER:

s/ Thomas W. Phillips
United States District Judge